NO. 12-1487

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

| | |
|---|---|
| WILSON WORKS, INC., | ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, CASE NO. 1:11-CV-00085 |
| Plaintiff – Appellant, | |
| v. | |
| GREAT AMERICAN INSURANCE GROUP, | |
| GREAT AMERICAN E&S INSURANCE | **REQUEST FOR JUDICIAL NOTICE OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.** |
| COLUMBIA CASUALTY COMPANY d/b/a CNA, | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | |
| THE TRAVELERS INDEMNITY COMPANY | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| TRAVELERS GROUP, | |
| THE CHARTER OAK FIRE INSURANCE COMPANY, | |
| Defendants – Appellees, | |
| and | |
| WELLS FARGO INSURANCE SERVICES, | |
| AMERICAN INTERNATIONAL GROUP INC., | |
| AMERICAN INTERNATIONAL COMPANIES d/b/a/ AIG | |
| Defendants. | |

NOW COMES Defendant-Appellee, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and hereby submits this Request for Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence in support its Rule 38 Motion for Fees and Costs.

"A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). A court may take judicial notice of pleadings in another civil action, a matter of public record. *Armbruster Prods v. Wilson*, 1994 U.S. App. LEXIS 24796, *6-7 (4th Cir. 2004).

National Union, by and through their attorneys, hereby request that the Court take judicial notice of the qualifying documents identified below in support of its Rule 38 Motion for Fees and Costs.

1.    Attached hereto as "Exhibit "A" is a true and accurate copy of the docket of *Walhonde Tools, Inc. v. Wilson Works Inc. et al.,* United States District Court, Northern District of West Virginia, Case No. 1:09-CV-00048.

2.    Attached hereto as "Exhibit B" is a true and accurate copy of the June 8, 2012 *Order Directing to Submit Dismissal Order* filed in the action, *Walhonde Tools, Inc. v. Wilson Works Inc. et al.,* United States District Court, Northern District of West Virginia, Case No. 1:09-CV-00048.

Respectfully submitted,


*/s/ Patrick Fredette*
Patrick Fredette (0080523)
Jennifer Bilz (0080314)
McCormick Barstow LLP
312 Walnut Street, Suite 1050
Cincinnati, Ohio 45202
(513) 762-7520
(513) 762-7521 Facsimile
*Attorneys for National Union Insurance Company
of Pittsburgh, Pa.*

## CERTIFICATE OF SERVICE

A copy of the foregoing will be sent via operation of the Court's ECF system on the date of filing to counsel for all parties of record.

/s/ Patrick Fredette
One of the attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

00003-00170 2347851.1

3

CLOSED, MAG

# U.S. District Court
## Northern District of West Virginia (Clarksburg)
### CIVIL DOCKET FOR CASE #: 1:09-cv-00048-IMK-JSK

Walhonde Tools, Inc. v. Wilson Works, Inc. et al
Assigned to: District Judge Irene M. Keeley
Referred to: Magistrate Judge John S. Kaull
Cause: 35:145 Patent Infringement

Date Filed: 04/08/2009
Date Terminated: 08/01/2012
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**WALHONDE TOOLS, INC**      represented by

**Jason A Poling**
Waters Law Group PLLC
633 Seventh St
Huntington, WV 25701
(304) 522-6658
Email: japoling@waterslawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela C. Deem**
Betts Hardy & Rodgers, PLLC
P.O. Box 3394
500 Lee Street, East
Charleston, WV 25333-3394
304-345-7250
Fax: 304-345-9941
Email: pdeem@kaycasto.com
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*

**Robert B Allen**
Allen Guthrie & Thomas PLLC
PO Box 3394
Charleston, WV 25333-3394
(304) 345-7250
Fax: (304) 345-9941
Email: rballen@agmtlaw.com
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert R. Waters**
Waters Law Office
633 Seventh St.
Huntington, WV 25701
304-522-6658



EXHIBIT
A

Fax: 304-522-7722
Email: rrwaters@waterslawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WILSON WORKS, INC.**                    represented by    **Allison L. Carr**
*a West Virginia Corporation*                                Spilman Thomas & Battle, PLLC -
                                                             Pittsburgh
                                                             301 Grant St., Suite 3440
                                                             Pittsburgh, PA 15219
                                                             412-325-3301
                                                             Fax: 412-325-3324
                                                             Email: acarr@spilmanlaw.com
                                                             *TERMINATED: 02/01/2011*
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James A. Walls**
                                                             Spilman, Thomas & Battle, PLLC -
                                                             Morgantown
                                                             PO Box 615
                                                             Morgantown, WV 26507-0615
                                                             304-291-7947
                                                             Fax: 304-291-7979
                                                             Email: jwalls@spilmanlaw.com
                                                             *TERMINATED: 02/01/2011*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Richard W. James**
                                                             Spilman Thomas & Battle, PLLC -
                                                             Pittsburgh
                                                             301 Grant St., Suite 3440
                                                             Pittsburgh, PA 15219
                                                             412-325-3309
                                                             Fax: 412-325-3324
                                                             Email: rjames@spilmanlaw.com
                                                             *TERMINATED: 05/10/2011*
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*

                                                             **Ryan M. Debski**
                                                             Spilman, Thomas & Battle, PLLC -
                                                             Morgantown
                                                             PO Box 615
                                                             Morgantown, WV 26507-0615

412-325-3303
Fax: 412-325-3324
Email: rdebski@spilmanlaw.com
*TERMINATED: 02/01/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S. Sean Murphy**
S. Sean Murphy, LC
265 High Street
Suite 601
Morgantown, WV 26505
304-296-7170
Fax: 304-296-7180
Email: murphyslaw@labyrinth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NORTHCO CORP.**
*a West Virginia Corporation*

**Defendant**

**NAES POWER CONTRACTORS, INC.**
*a succeccor by merger to American Boiler & Chimney Company, a Washington Corp.*

represented by **Audrie Harris**
Bailey & Glasser, LLP
2855 Cranberry Sq.
Morgantown, WV 26508
(304) 594-0087
Fax: (304) 594-9709
Email: aharris@baileyglasser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina I Ryan**
Stites & Harbison PLLC
400 W Market St
Suite 1800
Louisville, KY 40245
(502) 587-2087
Fax: (502) 779-6038
Email: cryan@stites.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher S. Morris**
Bailey & Glasser, LLP - Charleston
209 Capitol St.
Charleston, WV 25301
304-345-6555

Fax: 304-342-1110
Email: cmorris@baileyglasser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack A Wheat**
Stites & Harbison PLLC
400 W Market St
Suite 1800
Louisville, KY 40245
(502) 681-0323
Fax: (502) 779-8273
Email: jwheat@stites.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerrie Wagoner Boyle**
Bailey & Glasser, LLP
2855 Cranberry Sq.
Morgantown, WV 26508
304-594-0087
Fax: 304-594-9709
Email: kboyle@baileyglasser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**P. Gregory Haddad**
Bailey & Glasser, LLP
2855 Cranberry Sq.
Morgantown, WV 26508
304-594-0087
Fax: 304-594-9709
Email: ghaddad@baileyglasser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Minnotte Contracting Corporation**
*a Pennsylvania Corporation*

represented by **Alan G Towner**
Pietragallo Gordon Alfano Bosick &
Raspanti LLP
1 Oxford Center
38th Floor
Pittsburgh, PA 15219
(412) 263-2000
Fax: (412) 263-2001
Email: agt@pietragallo.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric G Soller**
Pietragallo, Gordon, Alfano Bosick &
Raspanti, LLP
One Oxford Centre, 38th Floor
301 Grant St.
Pittsburgh, PA 15219
(412) 263-2000
Fax: (412) 263-2001
Email: egs@pietragallo.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. D'Anniballe , Jr.**
Pietragallo, Bosick & Gordon - Weirton

333 Penco Road
Weirton, WV 26062
304-723-6314
Fax: 304-723-6317
Email: rjd@pietragallo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FOSTER WHEELER ZACK, INC**          represented by   **Carl L. Fletcher , Jr**
*aDelaware Corporation*                                Bowles, Rice, McDavid, Graff & Love
                                                       - Charleston
                                                       PO Box 1386
                                                       600 Quarrier St.
                                                       Charleston, WV 25325-1386
                                                       (304) 347-1149
                                                       Fax: (304) 347-2196
                                                       Email: cfletcher@bowlesrice.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Dennis J. McMahon**
Foster Wheeler Zack, Inc.
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2925
Fax: (212) 218-2200
Email: dmcmahon@fchs.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Henry J Renk**

Fitzpatrick Cella Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2250
Fax: (212) 218-2100
Email: hrenk@fchs.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAY & ZIMMERMAN NPS, INC.**    represented by    **Eric S Marzluf**
*a Delaware Corporation*                              Caesar Rivise Bernstein Cohen &
*TERMINATED: 10/14/2010*                              Polotilow LTD
                                                       1635 Market St
                                                       11th Floor
                                                       Philadelphia, PA 19103-2212
                                                       (215) 567-2010
                                                       Fax: (215) 751-1142
                                                       Email: esmarzluf@crbcp.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James J. Kozuch**
                                                       Caesar Rivise Bernstein Cohen &
                                                       Polotilow LTD
                                                       1635 Market St
                                                       11th Floor
                                                       Philadelphia, PA 19103-2212
                                                       (215) 567-2010
                                                       Fax: (215) 751-1142
                                                       Email: jjkozuch@crbcp.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John C. Palmer , IV**
                                                       Robinson & McElwee, PLLC -
                                                       Charleston
                                                       PO Box 1791
                                                       Charleston, WV 25326
                                                       304-347-8324
                                                       Fax: 304-344-9566
                                                       Email: jcp@ramlaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **M. David Griffith , Jr.**
                                                       Robinson & McElwee, PLLC -

Charleston
PO Box 1791
Charleston, WV 25326
304/344-5800
Fax: 304-344-9566
Email: mdg@ramlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Gary W. McClure**                    represented by    **Robert R. Waters**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Minnotte Contracting Corporation**    represented by    **Alan G Towner**
*a Pennsylvania Corporation*                              (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Eric G Soller**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert J. D'Anniballe , Jr.**
                                                         Pietragallo, Bosick & Gordon - Weirton

                                                         333 Penco Road
                                                         Weirton, WV 26062
                                                         304-748-7400
                                                         Fax: 304-748-0620
                                                         Email: rjd@pietragallo.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**WALHONDE TOOLS, INC**                 represented by    **Jason A Poling**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Pamela C. Deem**
                                                         (See above for address)
                                                         *TERMINATED: 04/28/2010*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Allen**
(See above for address)
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*

**Robert R. Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**FOSTER WHEELER ZACK, INC**
*aDelaware Corporation*

represented by **Carl L. Fletcher , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis J. McMahon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Henry J Renk**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**WALHONDE TOOLS, INC**

represented by **Jason A Poling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela C. Deem**
(See above for address)
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Allen**
(See above for address)
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert R. Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**WILSON WORKS, INC.**        represented by   **Allison L. Carr**
*a West Virginia Corporation*                                     (See above for address)
*TERMINATED: 02/01/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A. Walls**
(See above for address)
*TERMINATED: 02/01/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard W. James**
(See above for address)
*TERMINATED: 05/10/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*

V.

**Counter Defendant**

**WALHONDE TOOLS, INC**        represented by   **Jason A Poling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela C. Deem**
(See above for address)
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Allen**
(See above for address)
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert R. Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Minnotte Contracting Corporation**
*a Pennsylvania Corporation*

represented by **Alan G Towner**
(See for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric G Soller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. D'Anniballe , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**WALHONDE TOOLS, INC**

represented by **Jason A Poling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela C. Deem**
(See above for address)
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Allen**
(See above for address)
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert R. Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2009 | 1 | CIVIL COVER SHEET. Filing fee paid and case opened as of this date. Attorney directed to electronically file case opening documents. (jmm) (Entered: 04/08/2009) |

| 04/08/2009 | 2 | Filing fee: $ 350.00, receipt number 55524 (jmm) (Entered: 04/08/2009) |
|---|---|---|
| 04/08/2009 | 3 | COMPLAINT against all defendants, filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A)(Allen, Robert) (Entered: 04/08/2009) |
| 04/16/2009 | 10 | AMENDED COMPLAINT against all defendants, filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A)(Allen, Robert) (Entered: 04/16/2009) |
| 04/16/2009 | 23 | AMENDED COMPLAINT against all defendants, filed by WALHONDE TOOLS, INC. (Refiled by Clerk's office using correct event) (Administrative purposes only)(mh) (Entered: 05/26/2009) |
| 05/04/2009 | 11 | SUMMONS Returned Executed as to WILSON WORKS, INC. Service accepted 4/30/2009 (jmm) Modified on 5/14/2009 (mh). Service accepted by Wilson Works, Inc. on 5/2/09. (Additional attachment(s) added on 5/14/2009: # 1 Return of Service) (mh). (Entered: 05/04/2009) |
| 05/04/2009 | 12 | SUMMONS Returned Executed as to FOSTER WHEELER ZACK, INC. Service accepted 4/30/2009 (jmm) Modified on 5/14/2009 (mh). Service accepted by Foster Wheeling Zack, Inc. on 5/4/09. (Additional attachment(s) added on 5/14/2009: # 1 Return of Service) (mh). (Entered: 05/04/2009) |
| 05/04/2009 | 13 | SUMMONS Returned Executed as to MINNOTTE CONTRACTING CORPORATION. Service accepted 4/30/2009 (jmm) Modified on 5/14/2009 (mh). Service accepted by Minnotte Contracting Corp. on 5/5/09. (Additional attachment(s) added on 5/14/2009: # 1 Return of Service) (mh). (Entered: 05/04/2009) |
| 05/04/2009 | 14 | SUMMONS Returned Executed as to NAES POWER CONTRACTORS, INC. Service accepted 4/30/2009. (jmm) Modified on 5/14/2009 (mh). Service accepted by Naes Power Contractors, Inc. on 5/4/09. (Additional attachment(s) added on 5/14/2009: # 1 Return of Service) (mh). (Entered: 05/04/2009) |
| 05/04/2009 | 15 | SUMMONS Returned Executed as to DAY & ZIMMERMAN NPS, INC. Service accepted on 4/30 /2009. (jmm) Modified on 5/14/2009 (mh). Service accepted by Day & Zimmerman NPS, Inc. on 5/4/09. (Additional attachment (s) added on 5/14/2009: # 1 Return of Service) (mh). (Entered: 05/04/2009) |
| 05/04/2009 | 16 | SUMMONS Returned Executed as to NORTHCO CORP. Service accepted on 4/30/2009. (jmm) Modified on 5/14/2009 (mh). Service accepted by Northco Corp. on 5/4/09. (Additional attachment(s) added on 5/14/2009: # 1 Return of Service) (mh). (Entered: 05/04/2009) |
| 05/19/2009 | 17 | STIPULATION *Extending Time for Foster Wheeler Zack, Inc. to answer complaint* by WALHONDE TOOLS, INC. (Allen, Robert) (Entered: 05/19/2009) |
| 05/20/2009 | 18 | STIPULATION *Extending Time* by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 05/20/2009) |
| 05/22/2009 | 19 | STIPULATION *to extend time to respond to Amended Complaint* by NAES POWER CONTRACTORS, INC.. (Morris, Christopher) (Entered: |

| | | |
|---|---|---|
| | | 05/22/2009) |
| 05/26/2009 | 20 | ANSWER to Complaint by Minnotte Contracting Corporation.(D'Anniballe, Robert) (Entered: 05/26/2009) |
| 05/26/2009 | 21 | Clerk's correction: Document deleted - incorrect event used. See 26 for corrected filing. Modified on 5/27/2009 (kac). (Entered: 05/26/2009) |
| 05/26/2009 | 22 | NOTICE OF DOCKET CORRECTION re 21 Answer to Amended Complaint. Document is incorrectly filed as "Answer to Amended Complaint" Notice to counsel that document is to be "refiled" under "Other Documents" "Corporate Disclosure Statement". (mh) (Entered: 05/26/2009) |
| 05/26/2009 | 24 | NOTICE OF DOCKET CORRECTION re 23 Amended Complaint. Refiled by Clerk's office for administrative purposes using correct event. (mh) (Entered: 05/26/2009) |
| 05/26/2009 | 25 | ANSWER to 23 Amended Complaint and COUNTERCLAIM against WALHONDE TOOLS, INC by Minnotte Contracting Corporation. (Refiled by Clerk's office in order to establish the "counter-claim" against the plaintiff) (mh) (Entered: 05/26/2009) |
| 05/27/2009 | 26 | Corporate Disclosure Statement by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 05/27/2009) |
| 05/28/2009 | 27 | ORDER -- FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING:<br><br>***_NOTICE TO ATTORNEYS_*** _: Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ALL Non-governmental CORPORATE parties must file a DISCLOSURE STATEMENT with the Court. Forms are available on the Court's Web Site at http://www.wvnd.uscourts.gov/forms.htm_<br><br>Rule 26 Meeting to be held by 7/10/2009. Rule 26 Meeting Report due by 7/24/2009. Scheduling Conference set for 7/31/2009 10:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M Keeley. Discovery due by 8/10/2009. Signed by District Judge Irene M Keeley on 5/28/2009.(Copy counsel of record) (jmm) (Entered: 05/28/2009) |
| 06/04/2009 | 28 | Corporate Disclosure Statement by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 06/04/2009) |
| 06/05/2009 | 29 | Corporate Disclosure Statement by WALHONDE TOOLS, INC. (Allen, Robert) (Entered: 06/05/2009) |
| 06/09/2009 | 30 | MOTION to appear pro hac vice as to Jack A. Wheat by NAES POWER CONTRACTORS, INC. (Morris, Christopher) Modified on 6/9/2009 to change language to "pro hac vice" (mh). NEF regenerated. (Entered: 06/09/2009) |
| 06/09/2009 | 31 | MOTION to appear pro hac vice as to Christina I. Ryan by NAES POWER CONTRACTORS, INC. (Morris, Christopher) Modified on 6/9/2009 to change language to "pro hac vice" (mh). NEF regenerated. (Entered: |

Appeal: 12-1487  Doc: 48  Filed: 12/26/2012     Pg: 16 of 39

|  |  | 06/09/2009) |
|---|---|---|
| 06/09/2009 | 32 | Pro Hav Vice Filing fee for Christina I. Ryan and Jack A. Wheat: $ 100.00, receipt number 055568 (jmm) (Entered: 06/09/2009) |
| 06/10/2009 | 33 | ORDER granting 31 Motion for Christina I. Ryan to appear pro hac vice Signed by District Judge Irene M Keeley on 6/10/09. (mh) (Entered: 06/10/2009) |
| 06/10/2009 | 34 | ORDER granting 30 Motion for Jack A. Wheat to appear pro hac vice. Signed by District Judge Irene M Keeley on 6/10/09. (mh) (Entered: 06/10/2009) |
| 06/16/2009 | 35 | ANSWER to 23 Amended Complaint by NAES POWER CONTRACTORS, INC..(Morris, Christopher) (Entered: 06/16/2009) |
| 06/17/2009 | 36 | Corporate Disclosure Statement by NAES POWER CONTRACTORS, INC. identifying Corporate Parent Itochu Corporation for NAES POWER CONTRACTORS, INC... (Morris, Christopher) (Entered: 06/17/2009) |
| 06/18/2009 | 37 | MOTION to Strike 25 Answer to Amended Complaint, Counterclaim *of Minnotte Contracting Corporation* by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 06/18/2009) |
| 06/23/2009 | 38 | *Foster Wheeler Zack's* ANSWER to 23 Amended Complaint, COUNTERCLAIM against WALHONDE TOOLS, INC by FOSTER WHEELER ZACK, INC.(Fletcher, Carl) (Entered: 06/23/2009) |
| 06/23/2009 | 39 | MOTION for Leave to Appear Pro Hac Vice of Eric S. Marzluf by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 06/23/2009) |
| 06/23/2009 | 40 | MOTION for Leave to Appear Pro Hac Vice of James J. Kozuch by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 06/23/2009) |
| 06/23/2009 | 41 | Corporate Disclosure Statement by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 06/23/2009) |
| 06/23/2009 | 42 | *Application for Admission Pro Hac Vice* Other Document filed by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 06/23/2009) |
| 06/23/2009 | 43 | 42 Application for Admission PHV refiled by Clerk's office as MOTION for Henry Renk to Appear Pro Hac Vice on behalf of FOSTER WHEELER ZACK, INC. (Attorney filed document under incorrect event "other documents). (mh) (Entered: 06/23/2009) |
| 06/23/2009 | 44 | ANSWER to 10 Amended Complaint by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 06/23/2009) |
| 06/24/2009 | 45 | Pro Hace Vice Filing fee for James Kozuch and Eric Marzluf $ 100, receipt number 055586. (mh) (Entered: 06/24/2009) |
| 06/24/2009 | 46 | Pro Hac Vice Filing fee for Henry Renk; $ 50, receipt number 055587. (mh) (Entered: 06/24/2009) |
| 06/29/2009 | 47 | ORDER granting 43 Motion for Henry J. Renk to Appear Pro Hac Vice. Signed by District Judge Irene M Keeley on 6/29/09. (mh) (Entered: |

| | | 06/29/2009) |
|---|---|---|
| 06/29/2009 | 48 | ORDER granting 40 Motion for James J. Kozuch to appear Pro Hac Vice Signed by District Judge Irene M Keeley on 6/29/09. (mh) (Entered: 06/29/2009) |
| 06/29/2009 | 49 | ORDER granting 39 Motion for Eric S. Marzluf to Appear Pro Hac Vice. Signed by District Judge Irene M Keeley on 6/29/09. (mh) (Entered: 06/29/2009) |
| 07/02/2009 | 50 | RESPONSE to Motion re 37 MOTION to Strike 25 Answer to Amended Complaint, Counterclaim *of Minnotte Contracting Corporation* filed by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 07/02/2009) |
| 07/07/2009 | 51 | ANSWER to 3 Complaint, COUNTERCLAIM against WALHONDE TOOLS, INC by WILSON WORKS, INC.. (Attachments: # 1 Attachment Disclosure Statement)(Walls, James) (Entered: 07/07/2009) |
| 07/13/2009 | 52 | REPLY to Response to Motion re 37 MOTION to Strike 25 Answer to Amended Complaint, Counterclaim *of Minnotte Contracting Corporation* filed by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 07/13/2009) |
| 07/16/2009 | 53 | ANSWER to 38 Answer to Amended Complaint, Counterclaim *of Foster Wheeler Zack, Inc.* by WALHONDE TOOLS, INC.(Waters, Robert) (Entered: 07/16/2009) |
| 07/23/2009 | 54 | ORDER RESCHEDULING SCHEDULING CONFERENCE. Scheduling Conference reset for 8/12/2009 03:30 PM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M Keeley. Signed by District Judge Irene M Keeley on 7/23/2009. (kd) (Entered: 07/23/2009) |
| 07/24/2009 | 55 | REPORT of Rule 26(f) Planning Meeting. (Waters, Robert) (Entered: 07/24/2009) |
| 08/10/2009 | 56 | *Defendant Wilson Works, Inc.'s Initial Disclosures Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure* Other Document filed by WILSON WORKS, INC.. (Walls, James) (Entered: 08/10/2009) |
| 08/10/2009 | 57 | CERTIFICATE OF SERVICE by NAES POWER CONTRACTORS, INC. *for Rule 26(a)(1) Disclosures.* (Morris, Christopher) (Entered: 08/10/2009) |
| 08/10/2009 | 58 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *Plaintiff's Rule 26(a)(1) Disclosures.* (Allen, Robert) (Entered: 08/10/2009) |
| 08/10/2009 | 59 | *Initial Disclosures Pursuant to Rule 26(a)(1)* Other Document filed by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 08/10/2009) |
| 08/10/2009 | 60 | CERTIFICATE OF SERVICE by DAY & ZIMMERMAN NPS, INC. *for Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1)* (Palmer, John) (Entered: 08/10/2009) |
| 08/12/2009 | 61 | AMENDED DOCUMENT by WALHONDE TOOLS, INC. Amendment to 58 Certificate of Service. (Allen, Robert) (Entered: 08/12/2009) |

| 08/12/2009 | 62 | CERTIFICATE OF SERVICE by FOSTER WHEELER ZACK, INC *For Rule 26(a)(1) Initial Disclosures.* (Fletcher, Carl) (Entered: 08/12/2009) |
| 08/12/2009 | 63 | Minute Order: Proceedings held before District Judge Irene M Keeley: Scheduling Conference held on 8/12/2009. (Court Reporter L. Bachman.) (cjh) (Entered: 08/12/2009) |
| 08/13/2009 | 64 | ORDER granting 37 Motion to Strike; granting Minnotte's request to file it's proposed amended answer and counterclaim, contained within 50 Response to Motion filed by Minnotte Contracting Corporation. The parties are to submit a revised proposed scheduling order by 8/28/09. Signed by District Judge Irene M Keeley on 8/13/09. (mh) (Entered: 08/13/2009) |
| 08/13/2009 | 65 | AMENDED ANSWER to 23 Amended Complaint and AMENDED COUNTERCLAIM against WALHONDE TOOLS, INC filed by Minnotte Contracting Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(mh) (Entered: 08/13/2009) |
| 08/14/2009 | 66 | CERTIFICATE OF SERVICE by DAY & ZIMMERMAN NPS, INC. *for the First Requests for Admission to Plaintiff* (Palmer, John) (Entered: 08/14/2009) |
| 08/14/2009 | 67 | CERTIFICATE OF SERVICE by DAY & ZIMMERMAN NPS, INC. *for the First Set of Interrogatories to Plaintiff* (Palmer, John) (Entered: 08/14/2009) |
| 08/14/2009 | 68 | CERTIFICATE OF SERVICE by DAY & ZIMMERMAN NPS, INC. *for the First Request for Production of Documents to Plaintiff* (Palmer, John) (Entered: 08/14/2009) |
| 08/27/2009 | 69 | MOTION for Leave to Appear Pro Hac Vice *of Eric G. Soller* by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 08/27/2009) |
| 08/27/2009 | 70 | MOTION for Leave to Appear Pro Hac Vice *of Alan G. Towner* by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 08/27/2009) |
| 08/31/2009 | 71 | ORDER granting 69 Motion for Eric G. Soller to Appear Pro Hac Vice. Signed by District Judge Irene M Keeley on 8/28/09. (Copy IMK, Counsel) (mh) (Entered: 08/31/2009) |
| 08/31/2009 | 72 | ORDER granting 70 Motion for Alan G. Towner to Appear Pro Hac Vice. Signed by District Judge Irene M Keeley on 8/28/09. (Copy IMK, Counsel) (mh) (Entered: 08/31/2009) |
| 09/02/2009 | 73 | REPORT of Rule 26(f) Planning Meeting. (Waters, Robert) (Entered: 09/02/2009) |
| 09/03/2009 | 74 | *Plaintiff/Counterclaim Defendant's* ANSWER to 51 Answer to Complaint, Counterclaim *of Wilson Works, Inc.* by WALHONDE TOOLS, INC.(Waters, Robert) (Entered: 09/03/2009) |
| 09/08/2009 | 75 | Pro Hac Vic Filing Fee for Alan Towner and Eric Soller - $ 100, receipt number 055661. (Email to Finance) (mh) (Entered: 09/08/2009) |
| 09/18/2009 | 76 | SCHEDULING ORDER: Final Pretrial Conference/Settlement Conference set for 6/1/2012 at 9:30 AM in Clarksburg District Judge Courtroom, 2nd |

| | | |
|---|---|---|
| | | Floor before District Judge Irene M Keeley. Daubert Motions Hearing set for 9/15/2011 at 9:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M Keeley. Amended Pleadings/Joinder of Parties due by 10/30/2009. Discovery due by 6/15/2010. Jury Trial set for 7/16/2012 at 9:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M Keeley. Dispositive Motions due by 10/17/2011. Joint Pretrial Order due by 5/8/2012. Markman Hearing set for 10/15/10 at 9:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M Keeley. Signed by District Judge Irene M Keeley on 9/18/09. (Copy IMK, Counsel via ECF) (mh) (Entered: 09/18/2009) |
| 09/24/2009 | 77 | WAIVER OF SERVICE Returned Executed by FOSTER WHEELER ZACK, INC. Gary W. McClure waiver sent on 8/27/2009, answer due 10/26/2009. (Fletcher, Carl) (Entered: 09/24/2009) |
| 09/24/2009 | 78 | NOTICE of Change of Address by Carl L Fletcher, Jr (Fletcher, Carl) (Entered: 09/24/2009) |
| 09/24/2009 | 79 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *RESPONSES TO DEFENDANT DAY & ZIMMERMANN NPS, INC'S FIRST REQUEST FOR ADMISSION.* (Waters, Robert) (Entered: 09/24/2009) |
| 09/28/2009 | 80 | *WALHONDE TOOLS, INC'S* ANSWER to 65 Answer to Complaint, Counterclaim *of MINNOTTE CONTRACTING CORP., as Amended,* by WALHONDE TOOLS, INC.(Waters, Robert) (Entered: 09/28/2009) |
| 09/28/2009 | 81 | ANSWER to 38 Answer to Amended Complaint, Counterclaim *of Foster Wheeler Zack* by Gary W. McClure.(Waters, Robert) (Entered: 09/28/2009) |
| 10/09/2009 | 82 | MOTION Application for Admission Pro Hac Vice for Allison L. Carr by WILSON WORKS, INC.. (Attachments: # 1 Attachment Letter to Anita Casey enclosing pro hac vice admission applications and application fee) (Walls, James) (Entered: 10/09/2009) |
| 10/13/2009 | 83 | STIPULATION by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 10/13/2009) |
| 10/21/2009 | 84 | MOTION Application for Admission Pro Hac Vice by Richard W. James by WILSON WORKS, INC.. (Walls, James) (Entered: 10/21/2009) |
| 10/23/2009 | 85 | STIPULATION by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 10/23/2009) |
| 10/23/2009 | 86 | Pro Hac Vice Filing fee for Allison L. Carr & Richard W. James: $ 100.00, receipt number 055693. (jcs) (Entered: 10/23/2009) |
| 10/23/2009 | 87 | ORDER granting 84 Motion for admission pro hac vice for Richard W. James. Signed by District Judge Irene M Keeley on 10/22/09. (jcs) (Entered: 10/23/2009) |
| 10/23/2009 | 88 | ORDER granting 82 Motion for admission Pro Hac Vice for Allison L. Carr. Signed by District Judge Irene M Keeley on 10/22/09. (jcs) (Main Document 88 replaced on 10/23/2009 with correct document; regnerated NEF.) (jcs). Modified on 10/23/2009 (jcs). (Entered: 10/23/2009) |

| 10/28/2009 | 89 | MOTION To Modify Scheduling Order re 76 Scheduling Order,,, by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 10/28/2009) |
|---|---|---|
| 10/30/2009 | 90 | ORDER granting 89 Motion to Modify Scheduling Order and Extending the deadline for filing any motion to join additional parties to on or before 11/30/2009. Signed by District Judge Irene M Keeley on 10/30/09. (Copy IMK, Counsel via ECF)(mh) (Entered: 10/30/2009) |
| 11/09/2009 | 91 | STIPULATION *BY WALHONDE TOOLS, INC AND MINNOTTE CONTRACTING CORP TO EXTEND DUE DATE OF DISCOVERY REQUESTS* by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 11/09/2009) |
| 11/12/2009 | 92 | STIPULATION by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 11/12/2009) |
| 11/17/2009 | 93 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Responses to Defendant Minnotte's First Set of Request for Admissions.* (Waters, Robert) (Entered: 11/17/2009) |
| 11/18/2009 | 94 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Walhonde Tools Inc.'s Answers to Defendant Minnotte's First Set of Interrogatories (No. 1-29).* (Waters, Robert) (Entered: 11/18/2009) |
| 11/25/2009 | 95 | MOTION to Modify Scheduling Order by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 11/25/2009) |
| 11/25/2009 | 96 | STIPULATION by DAY & ZIMMERMAN NPS, INC.. (Palmer, John) (Entered: 11/25/2009) |
| 11/27/2009 | 97 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools, Inc.'s Response to Defendant Wilson Works, Inc.'s First Set of Interrogatories.* (Waters, Robert) (Entered: 11/27/2009) |
| 12/01/2009 | 98 | ORDER granting 95 DEFENDANT DAY & ZIMMERMANN NPS, INC.'S MOTION TO MODIFY SCHEDULING ORDER. Deadline for filing any motion for Joinder of Parties due by 12/31/2009. Signed by District Judge Irene M Keeley on 12/1/2009. (kd) (Entered: 12/01/2009) |
| 03/16/2010 | 99 | MOTION to Compel by WILSON WORKS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Walls, James) (Entered: 03/16/2010) |
| 03/23/2010 | 100 | ORDER REFERRING CASE to Magistrate Judge Magistrate Judge John S. Kaull. Signed by District Judge Irene M. Keeley on 3/23/10. (mh) (Entered: 03/23/2010) |
| 03/25/2010 | 101 | ORDER granting 99 Motion to Compel. Plaintiff is hereby ORDERED to provide complete responses to Defendants Interrogatories 1 & 7, and Defendants Request for Production of Documents in full no later than April 7, 2010 by 5:00 p.m., so that discovery in this case may proceed. Signed by Magistrate Judge John S. Kaull on 3/25/10. (mh) (Entered: 03/25/2010) |
| 04/07/2010 | 102 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff* |

| | | *Walhonde Tools, Inc.'s Supplemental Response to Interrogatories from Defendant Wilson Works.* (Waters, Robert) (Entered: 04/07/2010) |
|---|---|---|
| 04/07/2010 | [103](#) | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Walhonde Tools, Inc.'s Supplemental Response to Defendant Wilson Works, Inc.'s First Request for Production of Documents.* (Waters, Robert) (Entered: 04/07/2010) |
| 04/19/2010 | [104](#) | NOTICE of Appearance by Ryan M. Debski on behalf of WILSON WORKS, INC. (Debski, Ryan) (Entered: 04/19/2010) |
| 04/19/2010 | [105](#) | CERTIFICATE OF SERVICE by WILSON WORKS, INC *Second Set of Interrogatories and Requests for Production of Documents* (Debski, Ryan) (Entered: 04/19/2010) |
| 04/27/2010 | [106](#) | Proposed MOTION to Withdraw as Attorney *For Plaintiff* by WALHONDE TOOLS, INC. (Attachments: # [1](#) Text of Proposed Order)(Allen, Robert) (Entered: 04/27/2010) |
| 04/28/2010 | [107](#) | ORDER granting [106](#) Motion to Withdraw as Attorney. Attorneys Robert B Allen and Pamela C. Deem terminated. Signed by District Judge Irene M. Keeley on 4/28/10. (mh) (Entered: 04/28/2010) |
| 05/07/2010 | [108](#) | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools, Inc.'s First Set of Interrogatories and Request For Production Of Documents And Things To Defendant Wilson Works, Inc..* (Waters, Robert) (Entered: 05/07/2010) |
| 05/07/2010 | [109](#) | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools Inc.'s First Set Of Interrogatories And Request For Production Of Documents And Things To Defendant Foster Wheeler Zack, Inc..* (Waters, Robert) (Entered: 05/07/2010) |
| 05/07/2010 | [110](#) | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools Inc.'s First Set Of Interrogatories And Request For Production Of Documents And Things To Defendant NAES Power Contractors, Inc..* (Waters, Robert) (Entered: 05/07/2010) |
| 05/12/2010 | [111](#) | CERTIFICATE OF SERVICE by NAES POWER CONTRACTORS, INC. *Defendant's First Set of Interrogatories and Request For Production Of Documents To Plaintiff Walhonde Tools, Inc.* (Morris, Christopher) (Entered: 05/12/2010) |
| 05/13/2010 | [112](#) | CERTIFICATE OF SERVICE by FOSTER WHEELER ZACK, INC *Foster Wheeler Zack, Inc.s First Set of Requests to Walhonde Tools, Inc., for the Production of Documents and Things; Foster Wheeler Zack, Inc.s First Set of Requests to Gary W. McClure, for the Production of Documents and Things; Foster Wheeler Zack, Inc.s First Set of Interrogatories to Walhonde Tools, Inc. and Foster Wheeler Zack, Inc.s First Set of Interrogatories to Gary W. McClure.* (Fletcher, Carl) (Entered: 05/13/2010) |
| 05/14/2010 | [113](#) | CERTIFICATE OF SERVICE by DAY & ZIMMERMAN NPS, INC. *for Second Set of Interrogatories to Plaintiff.* (Palmer, John) (Entered: 05/14/2010) |

| 05/14/2010 | 114 | CERTIFICATE OF SERVICE by DAY & ZIMMERMAN NPS, INC. *for Second Requests for Production of Documents to Plaintiff.* (Palmer, John) (Entered: 05/14/2010) |
| 05/14/2010 | 115 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools, Inc.'s First Set of Interrogatories And Request For Production Of Documents And Things To Defendant Day & Zimmermann NPS, Inc..* (Waters, Robert) (Entered: 05/14/2010) |
| 05/17/2010 | 116 | CERTIFICATE OF SERVICE by WILSON WORKS, INC. *Third Set of Interrogatories and Request for Production of Documents to Plaintiff* (Debski, Ryan) (Entered: 05/17/2010) |
| 05/28/2010 | 117 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *of Plaintiff Walhonde Tools, Inc.'s Response to Defendant Wilson Works, Inc.'s Second Set of Interrogatories and Request For Production of Documents.* (Waters, Robert) (Entered: 05/28/2010) |
| 06/07/2010 | 118 | CERTIFICATE OF SERVICE by WILSON WORKS, INC. *Response to Plaintiff's First Set of Interrogatories and Requests for Production of Documents* (Debski, Ryan) (Entered: 06/07/2010) |
| 06/17/2010 | 119 | CERTIFICATE OF SERVICE by DAY & ZIMMERMAN NPS, INC. *for Its Answers and Responses to Plaintiff Walhonde Tools, Inc.'s First Set of Interrogatories and Request for Production of Documents and Things.* (Palmer, John) (Entered: 06/17/2010) |
| 06/22/2010 | 120 | STIPULATION *Joint Stipulation Regarding Extension of Fact Discovery* by WILSON WORKS, INC.. (Debski, Ryan) (Entered: 06/22/2010) |
| 06/24/2010 | 121 | CERTIFICATE OF SERVICE by NAES POWER CONTRACTORS, INC. *FOR NAES RESPONSE TO PLAINTIFF WALHONDE TOOLS INC.S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS.* (Morris, Christopher) (Entered: 06/24/2010) |
| 06/26/2010 | 122 | CERTIFICATE OF SERVICE by Gary W. McClure, WALHONDE TOOLS, INC *for Walhonde Tools, Inc and Gary W. McClure's Combined Response To Foster Wheeler Zack, Inc.'s First Set Of Requests to Walhonde Tools, Inc. For The Production of Documents And Things and Foster Wheeler Zack, Inc.'s First Set Of Requests To Gary W. McClure For The Procduction Of Documents And Things.* (Waters, Robert) (Entered: 06/26/2010) |
| 06/26/2010 | 123 | CERTIFICATE OF SERVICE by Gary W. McClure, WALHONDE TOOLS, INC *for Combined Response of Walhonde Tools, Inc. and Gary W. McClure to Foster Wheeler Zack, Inc.'s First Set Of Interrogatories To Walhonde Tools, Inc. and First Set Of Interrogatories to Gary W. McClure.* (Waters, Robert) (Entered: 06/26/2010) |
| 06/28/2010 | 124 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools, Inc.'s Response to Defendant Wilson Works, Inc.'s Third Set Of Interrogatories and Requests For Production of Documents.* (Waters, Robert) (Entered: 06/28/2010) |
| 06/29/2010 | 125 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Walhonde* |

| | | |
|---|---|---|
| | | *Tools, Inc.'s Response to Defendant NAES Power Contractors, Inc.'s First Set Of Interrogatories And Request For Production Of Documents.* (Waters, Robert) (Entered: 06/29/2010) |
| 06/29/2010 | 126 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools, Inc.'s Response To Defendant Day & Zimmermann NPS, Inc.'s Second Set Of Interrogatories To Plaintiff.* (Waters, Robert) (Entered: 06/29/2010) |
| 06/29/2010 | 127 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools, Inc.'s Response To Defendant Day & Zimmermann NPS, Inc.'s Second Request For Production Of Documents.* (Waters, Robert) (Entered: 06/29/2010) |
| 07/12/2010 | 128 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Plaintiff Walhonde Tools, Inc.'s Second Supplemental Response to Defendant Wilson Works, Inc.'s First Request For Production Of Documents And Things.* (Waters, Robert) (Entered: 07/12/2010) |
| 07/12/2010 | 129 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *for Walhonde Tools, Inc.'s Supplemental Responses To Defendant NAES Power Contractors, Inc.'s First Set Of Requests For Production Of Documents.* (Waters, Robert) (Entered: 07/12/2010) |
| 07/22/2010 | 130 | CERTIFICATE OF SERVICE by FOSTER WHEELER ZACK, INC *Defendant Foster Wheeler Zack, Inc.s Responses To Plaintiff Walhonde Tools Inc.s First Set Of Interrogatories.* (Fletcher, Carl) (Entered: 07/22/2010) |
| 07/22/2010 | 131 | CERTIFICATE OF SERVICE by FOSTER WHEELER ZACK, INC *Defendant Foster Wheeler Zack, Inc.s, Responses To Plaintiff Walhonde Tools Inc.s, First Set Of Document Requests.* (Fletcher, Carl) (Entered: 07/22/2010) |
| 08/03/2010 | 132 | *SEALED* REPORT of Mediator (Original to IMK)(jmm) (Entered: 08/03/2010) |
| 09/01/2010 | 133 | *Defendant Wilson Works, Inc.'s Markman Brief* Other Document filed by WILSON WORKS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Walls, James) (Entered: 09/01/2010) |
| 09/01/2010 | 134 | *Defendant Minnotte's Claim Construction Brief* Other Document filed by Minnotte Contracting Corporation. (Attachments: # 1 Exhibit 1)(D'Anniballe, Robert) (Entered: 09/01/2010) |
| 09/01/2010 | 135 | Other Document *Defendant NAES Power Contractors, Inc.'s Markman Brief* filed by NAES POWER CONTRACTORS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Morris, Christopher) (Entered: 09/01/2010) |
| 09/01/2010 | 136 | Other Document *DEFENDANT FOSTER WHEELER ZACK, INCS MARKMAN BRIEF* filed by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 09/01/2010) |
| | | |

| 09/07/2010 | 137 | NOTICE of Appearance by Kerrie Wagoner Boyle on behalf of NAES POWER CONTRACTORS, INC. (Boyle, Kerrie) (Entered: 09/07/2010) |
| 09/15/2010 | 138 | *Claim Construction Response Brief* Other Document filed by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 09/15/2010) |
| 09/15/2010 | 139 | *Defendant Wilson Works, Inc.'s Markman Response Brief* Other Document filed by WILSON WORKS, INC.. (Walls, James) (Entered: 09/15/2010) |
| 09/16/2010 | 140 | *PLAINTIFF WALHONDE TOOLS, INC.'S RESPONSE TO DEFENDANT NAES POWER CONTRACTORS, INC.'S CLAIM CONSTRUCTION BRIEF* Other Document filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A)(Waters, Robert) (Entered: 09/16/2010) |
| 09/16/2010 | 141 | *PLAINTIFF WALHONDE TOOLS'S INC.'S RESPONSE TO DEFENDANT MINNOTTE CONTRACTING CORPORATION'S CLAIM CONSTRUCTION BRIEF* Other Document filed by WALHONDE TOOLS, INC. (Attachments: # 1 Appendix 1)(Waters, Robert) (Entered: 09/16/2010) |
| 09/16/2010 | 142 | *PLAINTIFF WALHONDE TOOLS, INC.'S RESPONSE TO DEFENDANT WILSON WORKS, INC.'S CLAIM CONSTRUCTION BRIEF* Other Document filed by WALHONDE TOOLS, INC. (Attachments: # 1 Appendix A, # 2 Appendix B)(Waters, Robert) (Entered: 09/16/2010) |
| 09/21/2010 | 143 | MOTION to Strike *Plaintiff's Markman Response Briefs* by FOSTER WHEELER ZACK, INC, Minnotte Contracting Corporation, NAES POWER CONTRACTORS, INC., WILSON WORKS, INC.. (Attachments: # 1 Text of Proposed Order Proposed Order of Court)(D'Anniballe, Robert) (Main Document 143 replaced on 9/21/2010) (mh). (Attachment 1 replaced on 9/21/2010) (mh). Modified on 9/21/2010 to replace complete documents. NEF regenerated (mh). (Entered: 09/21/2010) |
| 10/05/2010 | 144 | ORDER Rescheduling Markman Hearing for 10/15/2010 at 1:30 PM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Signed by District Judge Irene M. Keeley on 10/5/10. (mh) (Entered: 10/05/2010) |
| 10/08/2010 | 145 | RESPONSE in Opposition re 143 MOTION to Strike *Plaintiff's Markman Response Briefs* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A)(Waters, Robert) (Entered: 10/08/2010) |
| 10/13/2010 | 146 | Joint MOTION to Dismiss by DAY & ZIMMERMAN NPS, INC.. (Attachments: # 1 Attachment Stipulation and Order of Dismissal)(Palmer, John) (Entered: 10/13/2010) |
| 10/14/2010 | 147 | NOTICE of Appearance by Audrie Harris on behalf of NAES POWER CONTRACTORS, INC. (Harris, Audrie) (Entered: 10/14/2010) |
| 10/14/2010 | 148 | ORDER granting 146 Joint Motion to Dismiss Defendant Day & Zimmermann NPS, Inc. Plaintiff Walhonde Tools, Inc. and Defendant Day & Zimmermann NPS, Inc. have entered into a Settlement Agreement pursuant to which they have resolved the disputes between Plaintiff Walhonde Tools, Inc. and Defendant Day & Zimmermann NPS, Inc. Signed by District Judge Irene M. Keeley on 10/13/10. (mh) (Entered: 10/14/2010) |

| 10/18/2010 | 150 | ORDER Following Claim Construction Hearing. Post Markman Hearing Briefs due on 11/15/10; no party need file a response or reply to said briefs. Accordingly, the Court dismisses 9 and 11 of the patent-in-suit. Further, Defendants' motions for partial summary judgment are due no later than 12/6/10; Plaintiff's response due by 1/14/11 and the Defendants' replies by 2/4/11. All other dates and deadlines previously set remain unchanged. Signed by District Judge Irene M. Keeley on 10/18/10. (mh) (Entered: 10/18/2010) |
|---|---|---|
| 11/15/2010 | 151 | MEMORANDUM *Defendants' Joint Memorandum Following Claim Construction Hearing* by FOSTER WHEELER ZACK, INC, Minnotte Contracting Corporation, NAES POWER CONTRACTORS, INC., WILSON WORKS, INC.. (Attachments: # 1 Exhibit Kiley Declaration)(D'Anniballe, Robert) (Entered: 11/15/2010) |
| 11/15/2010 | 152 | MEMORANDUM *Plaintiff Walhonde Tools, Inc's Supplemental Claim Construction Brief* by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Waters, Robert) (Entered: 11/15/2010) |
| 11/30/2010 | 153 | MEMORANDUM *PLAINTIFF WALHONDE TOOLS, INC.'S SUPPLEMENTAL POST MARKMAN RESPONSE BRIEF* by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Waters, Robert) (Entered: 11/30/2010) |
| 12/06/2010 | 154 | MOTION for Partial Summary Judgment by FOSTER WHEELER ZACK, INC. Responses due by 12/20/2010 (Attachments: # 1 Attachment Memorandum in Support of Motion for Partial Summary Judgment, # 2 Exhibit 1, # 3 Exhibit 2)(Fletcher, Carl) (Entered: 12/06/2010) |
| 12/06/2010 | 155 | MOTION for Partial Summary Judgment by WILSON WORKS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C-1, # 4 Exhibit C-2, # 5 Exhibit D, # 6 Text of Proposed Order)(Walls, James) (Entered: 12/06/2010) |
| 12/06/2010 | 156 | MOTION for Partial Summary Judgment by NAES POWER CONTRACTORS, INC.. Responses due by 12/27/2010 (Attachments: # 1 Exhibit A)(Morris, Christopher) (Entered: 12/06/2010) |
| 12/06/2010 | 157 | Memorandum in Support re 156 MOTION for Partial Summary Judgment filed by NAES POWER CONTRACTORS, INC.. (Morris, Christopher) (Entered: 12/06/2010) |
| 12/06/2010 | 158 | MOTION for Partial Summary Judgment by Minnotte Contracting Corporation. (Attachments: # 1 Supplement Memorandum in Support of Defendant, Minnotte's Motion for Partial Summary Judgment, # 2 Exhibit Exhibit No. 1, # 3 Exhibit Exhibit No. 2, # 4 Text of Proposed Order) (D'Anniballe, Robert) (Entered: 12/06/2010) |
| 12/13/2010 | 159 | Consent MOTION to Substitute Attorney by WILSON WORKS, INC.. (Murphy, S.) (Entered: 12/13/2010) |

Appeal: 12-1480          Doc: 48          Filed: 12/26/2012          Pg: 26 of 39

| 01/14/2011 | 160 | RESPONSE in Opposition re 154 MOTION for Partial Summary Judgment *of Foster Wheeler Zack* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Waters, Robert) (Entered: 01/14/2011) |
|---|---|---|
| 01/14/2011 | 161 | RESPONSE in Opposition re 155 MOTION for Partial Summary Judgment *by Wilson Works, Inc.* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Waters, Robert) (Entered: 01/14/2011) |
| 01/14/2011 | 162 | RESPONSE in Opposition re 156 MOTION for Partial Summary Judgment *by NAES Power Contractors* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Waters, Robert) (Entered: 01/14/2011) |
| 01/14/2011 | 163 | RESPONSE in Opposition re 158 MOTION for Partial Summary Judgment *by Minnotte* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Waters, Robert) (Entered: 01/14/2011) |
| 02/01/2011 | 164 | ORDER granting 159 Motion to Substitute Attorney. Attorneys Richard W. James, James A. Walls, Allison L. Carr and Ryan M. Debski terminated. S. Sean Murphy shall remain as sole counsel for Wilson. Signed by District Judge Irene M. Keeley on 2/1/11. (mh) (Entered: 02/01/2011) |
| 02/02/2011 | 165 | CORRECTED ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL DKT. 159 . S. Sean Murphy and Richard W. James shall remain as counsel for Wilson. Signed by District Judge Irene M. Keeley on 2/2/2011. (Copy counsel of record via CM/ECF)(jmm) (Entered: 02/02/2011) |
| 02/03/2011 | 166 | ORDER denying 143 Motion to Strike. Signed by District Judge Irene M. Keeley on 2/3/11. (mh) (Entered: 02/03/2011) |
| 02/03/2011 | 167 | Memorandum Opinion and Order Construing Patent Claims. Signed by District Judge Irene M. Keeley on 2/3/11. (mh) (Entered: 02/03/2011) |
| 02/04/2011 | 168 | REPLY to Response to Motion re 156 MOTION for Partial Summary Judgment filed by NAES POWER CONTRACTORS, INC.. (Morris, Christopher) (Entered: 02/04/2011) |
| 03/03/2011 | 169 | ORDER denying defendants' 154 Motion for Partial Summary Judgment; denying 155 Motion for Partial Summary Judgment; denying 156 Motion for Partial Summary Judgment and denying 158 Motion for Partial Summary Judgment. Signed by District Judge Irene M. Keeley on 3/3/11. (mh) (Entered: 03/03/2011) |
| 03/12/2011 | 170 | CERTIFICATE OF SERVICE by WILSON WORKS, INC. *Supplemental Response to Plaintiff's First Set of Requests for Production of Documents.* (Murphy, S.) (Entered: 03/12/2011) |
| 03/25/2011 | 171 | *SEALED* REPORT of Mediator. (Original returned to Chambers)(mh) (Entered: 03/25/2011) |
| 04/01/2011 | 172 | CERTIFICATE OF SERVICE by FOSTER WHEELER ZACK, INC *Opening Expert Report of Robert J. Pond, Ph.D.*. (Fletcher, Carl) (Entered: |

| | | 04/01/2011) |
|---|---|---|
| 04/01/2011 | 173 | NOTICE by WALHONDE TOOLS, INC *of Disclosure of Expert Reports by Walhonde Tools, Inc.* (Waters, Robert) (Entered: 04/01/2011) |
| 04/07/2011 | 174 | MOTION to Amend/Correct *Motion to amend answer to add cross claims* by WILSON WORKS, INC.. (Murphy, S.) (Entered: 04/07/2011) |
| 04/15/2011 | 175 | MOTION to Withdraw as Attorney by Richard W. James, pro hac vice attorney for WILSON WORKS, INC. (Attachments: # 1 Text of Proposed Order)(mh) (Entered: 04/15/2011) |
| 04/20/2011 | 176 | RESPONSE to Motion re 174 MOTION to Amend/Correct *Motion to amend answer to add cross claims* filed by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 04/20/2011) |
| 04/20/2011 | 177 | Memorandum in Opposition re 174 MOTION to Amend/Correct *Motion to amend answer to add cross claims* filed by Minnotte Contracting Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(D'Anniballe, Robert) (Entered: 04/20/2011) |
| 04/21/2011 | 178 | TRANSCRIPT of Markman Hearing Proceedings held on October 15, 2010, before Judge Irene M. Keeley. Court Reporter/Transcriber Linda Bachman, Telephone number (304) 622-0177. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 5/12/2011. Redacted Transcript Deadline set for 5/23/2011. Release of Transcript Restriction set for 7/20/2011. (llb) (Entered: 04/21/2011) |
| 04/21/2011 | 179 | RESPONSE in Opposition re 174 MOTION to Amend/Correct *Motion to amend answer to add cross claims* filed by NAES POWER CONTRACTORS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Morris, Christopher) (Entered: 04/21/2011) |
| 04/22/2011 | 180 | MOTION for Partial Summary Judgment *Relating to Nature of Damages Recoverable* by NAES POWER CONTRACTORS, INC.. (Attachments: # 1 Exhibit A)(Morris, Christopher) (Entered: 04/22/2011) |
| 04/22/2011 | 181 | Memorandum in Support re 180 MOTION for Partial Summary Judgment *Relating to Nature of Damages Recoverable* filed by NAES POWER CONTRACTORS, INC.. (Morris, Christopher) (Entered: 04/22/2011) |
| 05/02/2011 | 182 | Other Document *Notice of Disclosure of Expert Reports Pursuant to FRCP 26(a)(2)(B)* filed by Minnotte Contracting Corporation. (Attachments: # 1 Attachment Expert Report of Gleason & Associates, P.C.)(D'Anniballe, Robert) (Entered: 05/02/2011) |
| 05/02/2011 | 183 | CERTIFICATE OF SERVICE by FOSTER WHEELER ZACK, INC *Report of Lane Ellis, Jr., CPA, CISA, CVA, ABV and Answering Expert Report of Robert B. Pond, Ph.D.* (Attachments: # 1 Attachment Report of Lane Ellis, Jr., CPA, CISA, CVA, ABV, # 2 Attachment Answering Expert Report of Robert B. Pond, Ph.D)(Fletcher, Carl) (Entered: 05/02/2011) |
| | | |

| 05/03/2011 | 184 | NOTICE by WALHONDE TOOLS, INC *of Certificate of Service of Rebuttal Expert Report* (Waters, Robert) (Entered: 05/03/2011) |
|---|---|---|
| 05/10/2011 | 185 | ORDER granting 175 Motion to Withdraw as Attorney. Attorney Richard W. James terminated. Signed by District Judge Irene M. Keeley on 5/10/11. (mh) (Entered: 05/10/2011) |
| 05/16/2011 | 186 | Other Document *Reply Report of Robert Pond, Ph.D* filed by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 05/16/2011) |
| 06/27/2011 | 187 | ORDER denying 174 Motion to Amend/Correct, without prejudice to any right Wilson may have to assert those claims in a separate action. Signed by District Judge Irene M. Keeley on 6/27/11. (mh) (Entered: 06/27/2011) |
| 06/29/2011 | 188 | NOTICE by FOSTER WHEELER ZACK, INC *to Amend Deposition of Daniel L. Selby* (Fletcher, Carl) (Entered: 06/29/2011) |
| 07/01/2011 | 189 | ORDER Scheduling Hearing on 180 Defendant NAES Power Contractors, Inc.'s Motion for Partial Summary Judgment for 7/14/2011 03:00 PM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. The parties may attend by telephone. If the hearing is to be by telephone, the Court DIRECTS counsel for NAES to initiate the conference call with all parties and with the Court at (304)624-5850, or to provide a toll-free call-in number no less than two days prior to the hearing. Signed by District Judge Irene M. Keeley on 7/1/11. (mh) (Entered: 07/01/2011) |
| 07/02/2011 | 190 | MOTION to Continue *7-14-11 Partial Summary Judgment Hearing* by WILSON WORKS, INC.. (Murphy, S.) (Entered: 07/02/2011) |
| 07/12/2011 | 191 | Joint MOTION to Continue *Hearing Date and Extend Deadlines for Expert Depositions, Daubert Motions and Responses* by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 07/12/2011) |
| 07/12/2011 | 192 | ORDER Granting Motions to Continue 190 and 191 , Canceling Hearing on Motion for Summary Judgment 180 , Rescheduling Daubert Motions Hearing and Modifying Scheduling Order 76 . SCHEDULING ORDER: Daubert Hearing reset for 10/6/2011 04:00 PM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Dispositive Motions due by 10/17/2011. Joint Proposed Pretrial Order due by 5/8/2012. Final Pretrial Conference set for 6/1/2012 09:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Settlement Conference set for 6/1/2012 09:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Jury Selection set for 7/16/2012 09:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Jury Trial set for 7/16/2012 09:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Signed by District Judge Irene M. Keeley on 7/12/11. (mh) (Entered: 07/12/2011) |
| 07/12/2011 | | Set/Reset Deadlines as to 180 MOTION for Partial Summary Judgment *Relating to Nature of Damages Recoverable*. Responses due by 7/19/2011; Replies due by 8/2/2011. (mh) (Entered: 07/14/2011) |

| 07/20/2011 | 193 | Memorandum in Opposition re 180 MOTION for Partial Summary Judgment *Relating to Nature of Damages Recoverable* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Waters, Robert) (Entered: 07/20/2011) |
|---|---|---|
| 07/20/2011 | 194 | ORDER SCHEDULING STATUS CONFERENCE AND MOTION HEARING re 180 MOTION for Partial Summary Judgment *Relating to Nature of Damages Recoverable* filed by NAES POWER CONTRACTORS, INC. Motion Hearing and Status Conference set for 8/15/2011 03:30 PM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Signed by District Judge Irene M. Keeley on 7/20/2011. (kd) (Entered: 07/20/2011) |
| 08/02/2011 | 195 | REPLY to Response to Motion re 180 MOTION for Partial Summary Judgment *Relating to Nature of Damages Recoverable* filed by NAES POWER CONTRACTORS, INC.. (Attachments: # 1 Exhibit A)(Morris, Christopher) (Entered: 08/02/2011) |
| 08/08/2011 | 196 | NOTICE by WALHONDE TOOLS, INC *of Deposition of Dr. Robert Pond* (Waters, Robert) (Entered: 08/08/2011) |
| 08/15/2011 | 197 | MINUTE ENTRY: <br><br>***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br>Proceedings held before District Judge Irene M. Keeley: Motion Hearing held on 8/15/2011 re 180 MOTION for Partial Summary Judgment *Relating to Nature of Damages Recoverable* filed by NAES POWER CONTRACTORS, INC. (Court Reporter L. Bachman.) (cjh) (Entered: 08/15/2011) |
| 08/17/2011 | 198 | CERTIFICATE OF SERVICE by FOSTER WHEELER ZACK, INC *Notice of Deposition of Richard Stamper*. (Fletcher, Carl) (Entered: 08/17/2011) |
| 08/23/2011 | 199 | ORDER denying Motion for Partial Summary Judgment 180 . Signed by District Judge Irene M. Keeley on 8/23/11. (mh) (Entered: 08/23/2011) |
| 08/26/2011 | 200 | CERTIFICATE OF SERVICE by FOSTER WHEELER ZACK, INC *Amended Notice of Deposition of Daniel L. Selby*. (Fletcher, Carl) (Entered: 08/26/2011) |
| 09/12/2011 | 202 | ORDER Canceling Daubert Hearing set for 10/6/11 at 4:00 PM. Signed by District Judge Irene M. Keeley on 9/12/11. (mh) (Entered: 09/12/2011) |
| 10/14/2011 | 203 | Joint MOTION for Extension of Time to File *Dispositive Motions* by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 10/14/2011) |
| 10/17/2011 | 204 | ORDER Granting Joint Motion to Extend Deadline for Filing Dispositive Motions 203 . Dispositive Motions are due no later than 10/31/2011. Signed by District Judge Irene M. Keeley on 10/17/11. (mh) (Entered: 10/17/2011) |
| 10/31/2011 | 205 | MOTION for Summary Judgment *of Non-Infridgement* by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 10/31/2011) |

| 10/31/2011 | 206 | MEMORANDUM *in Support* by FOSTER WHEELER ZACK, INC re 205 MOTION for Summary Judgment *of Non-Infridgement.* (Attachments: # 1 Exhibit A)(Fletcher, Carl) (Entered: 10/31/2011) |
| 10/31/2011 | 207 | MOTION for Summary Judgment *on Non-Infringement* by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 10/31/2011) |
| 10/31/2011 | 208 | Memorandum in Support re 207 MOTION for Summary Judgment *on Non-Infringement* filed by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 10/31/2011) |
| 10/31/2011 | 209 | MOTION for Summary Judgment *of Non-Infringement* by NAES POWER CONTRACTORS, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Morris, Christopher) (Entered: 10/31/2011) |
| 10/31/2011 | 210 | Memorandum in Support re 209 MOTION for Summary Judgment *of Non-Infringement* filed by NAES POWER CONTRACTORS, INC.. (Morris, Christopher) (Entered: 10/31/2011) |
| 10/31/2011 | 211 | MOTION for Summary Judgment by WILSON WORKS, INC.. (Murphy, S.) (Entered: 10/31/2011) |
| 10/31/2011 | 212 | MEMORANDUM *in support of* 211 *Motion for Summary Judgment* by WILSON WORKS, INC.. (Murphy, S.) Modified on 11/1/2011 to link to appropriate motion. NEF regenerated (mh). (Entered: 10/31/2011) |
| 10/31/2011 | 213 | MOTION for Summary Judgment *on Defendant Minnotte Contracting Corporations Counterclaims for Inequitable Conduct and False Marking* by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 10/31/2011) |
| 10/31/2011 | 214 | MEMORANDUM *of Law In Support of Plaintiff's 213 Motion for Summary Judgment Regarding Counterclaims by Defendant Minnotte Contracting Corporation* by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit 1 - US Patent 4,936,500, # 2 Exhibit 2 - Minnotte Amended Answer & Counterclaim, # 3 Exhibit 3 - US Patent 4,579,272, # 4 Exhibit 4 - E-mail, # 5 Exhibit 5 - MPEP Section 609, archived)(Waters, Robert) Modified on 11/1/2011 to link to appropriate motion. NEF regenerated (mh). (Entered: 10/31/2011) |
| 10/31/2011 | 215 | MOTION for Summary Judgment *on Claims of Patent Infringement* by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 10/31/2011) |
| 10/31/2011 | 216 | MEMORANDUM *In Support of Plaintiff Walhonde Tools, Inc.'s 215 Motion For Summary Judgment On Its Claim of Patent Infringement* by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit 1 - US Patent 4,936,500, # 2 Exhibit 2 - Markman Opinion, # 3 Exhibit 3 - Expert Report of Dr. Richard Stamper, # 4 Exhibit 4 - Answering Report of Dr. Robert Pond, Jr., # 5 Exhibit 5 - Deposition Transcript of Dr. Robert Pond, Jr.)(Waters, Robert) Modified on 11/1/2011 to link to appropriate motion. NEF regenerated (mh). (Entered: 10/31/2011) |
| 10/31/2011 | 217 | MOTION for Summary Judgment *on Defendant Foster Wheeler Zack, Inc.'s Invalidity Counterclaim* by WALHONDE TOOLS, INC. (Waters, Robert) |

| | | |
|---|---|---|
| | | (Entered: 10/31/2011) |
| 10/31/2011 | 218 | MEMORANDUM *in Support of Plaintiff's 217 Motion for Summary Judgment on Defendant Foster Wheeler Zack's Invalidity Counterclaim* by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit 1 - US Patent 4,936,500, # 2 Exhibit 2 - Foster Wheeler Zack Rental Contract, # 3 Exhibit 3 - Pond Opening Report, # 4 Exhibit 4 - E-mail, # 5 Exhibit 5 - Robert Pond Deposition Transcript, # 6 Exhibit 6 - US Patent 2,712,167, # 7 Exhibit 7 - US Patent 2,638,676, # 8 Exhibit 8 - US Patent 4,673,122, # 9 Exhibit 9 - US Patent 2,752,173, # 10 Exhibit 10 - Affidavit of Mark McClure, # 11 Exhibit 11 - Excerpt from Software Valley Update, # 12 Exhibit 12 - Article from Dailey Mail, # 13 Exhibit 13 - Excerpt from Boomer News, # 14 Exhibit 14 - Reprint from Practical Welding Today)(Waters, Robert) Modified on 11/1/2011 to link to appropriate motion. NEF regenerated (mh). (Entered: 11/01/2011) |
| 11/11/2011 | 219 | Joint MOTION for Extension of Time to File Response/Reply *Regarding Dispositive Motions* by NAES POWER CONTRACTORS, INC.. (Morris, Christopher) (Entered: 11/11/2011) |
| 11/15/2011 | 220 | ORDER granting 219 Joint Motion to Extend Deadlines for Filing Responses and Replies Regarding Dispositive Motions. As to the currently pending dispositive motions, responses are due by 11/29/2011 and replies are due by 12/15/2011. Signed by District Judge Irene M. Keeley on 11/14/11. (mh) (Entered: 11/15/2011) |
| 11/29/2011 | 221 | RESPONSE in Opposition re 213 MOTION for Summary Judgment *on Defendant Minnotte Contracting Corporations Counterclaims for Inequitable Conduct and False Marking and 214 Memo in Support* filed by Minnotte Contracting Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (D'Anniballe, Robert) (Entered: 11/29/2011) |
| 11/29/2011 | 222 | RESPONSE in Opposition re 211 MOTION for Summary Judgment *by Wilson Works* filed by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 11/29/2011) |
| 11/29/2011 | 223 | RESPONSE in Opposition re 207 MOTION for Summary Judgment *on Non-Infringement by Minnotte Contracting Corp.* filed by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 11/29/2011) |
| 11/29/2011 | 224 | RESPONSE to Motion re 215 MOTION for Summary Judgment *on Claims of Patent Infringement* filed by WILSON WORKS, INC.. (Murphy, S.) (Entered: 11/29/2011) |
| 11/29/2011 | 225 | RESPONSE in Opposition re 215 MOTION for Summary Judgment *on Claims of Patent Infringement* filed by NAES POWER CONTRACTORS, INC.. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Morris, Christopher) (Entered: 11/29/2011) |
| 11/29/2011 | 226 | Memorandum in Opposition re 215 MOTION for Summary Judgment *on Claims of Patent Infringement* filed by FOSTER WHEELER ZACK, INC. (Attachments: # 1 Attachment Declaration of Henry Renk, # 2 Attachment Declaration of Dr. Robert Pond)(Fletcher, Carl) (Entered: 11/29/2011) |

| 11/29/2011 | 227 | Memorandum in Opposition re 217 MOTION for Summary Judgment *on Defendant Foster Wheeler Zack, Inc.'s Invalidity Counterclaim* filed by FOSTER WHEELER ZACK, INC. (Attachments: # 1 Attachment Declaration of Henry Renk)(Fletcher, Carl) (Entered: 11/29/2011) |
|---|---|---|
| 11/29/2011 | 228 | RESPONSE in Opposition re 209 MOTION for Summary Judgment *of Non-Infringement by NAES Power Contractors, Inc.* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit 1 - '500 Patent, # 2 Exhibit 2 - R. Pond Deposition, # 3 Exhibit 3 - Patent File History)(Waters, Robert) (Entered: 11/29/2011) |
| 11/30/2011 | 229 | RESPONSE in Opposition re 205 MOTION for Summary Judgment *of Non-Infringement by Foster Wheeler Zack* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit 1- '500 Patent, # 2 Exhibit 2- R. Pond Deposition, # 3 Exhibit 4 - Patent File History)(Waters, Robert) (Entered: 11/30/2011) |
| 11/30/2011 | 230 | NOTICE by WALHONDE TOOLS, INC re 229 Response in Opposition to Motion, 205 MOTION for Summary Judgment *of Non-Infridgement for Supplementation of Exhibit to DE 229* (Attachments: # 1 Exhibit 3 - R. Stamper Deposition)(Waters, Robert) (Entered: 11/30/2011) |
| 12/15/2011 | 231 | Reply Memorandum in Further Support of its Motion for Summary Judgment of Non-Infringement to 229 Response to 205 Motion for Summary Judgment filed by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Modified on 12/15/2011 to link to correct documents. Document also filed under "other" instead of correct "reply to response to motion" event. NEF regenerated (mh). (Entered: 12/15/2011) |
| 12/15/2011 | 232 | MEMORANDUM *of Authority in Support of NAES's Motion for Summary Judgment* by NAES POWER CONTRACTORS, INC. re 228 Response in Opposition to Motion,. (Morris, Christopher) (Entered: 12/15/2011) |
| 12/15/2011 | 233 | REPLY to Response to Motion re 217 MOTION for Summary Judgment *on Defendant Foster Wheeler Zack, Inc.'s Invalidity Counterclaim* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Waters, Robert) (Entered: 12/15/2011) |
| 12/15/2011 | 234 | REPLY to Response to Motion re 215 MOTION for Summary Judgment *on Claims of Patent Infringement Replying to Foster Wheeler Zack* filed by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 12/15/2011) |
| 12/15/2011 | 235 | REPLY to Response to Motion re 215 MOTION for Summary Judgment *on Claims of Patent Infringement Replying to NAES* filed by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 12/15/2011) |
| 02/10/2012 | 236 | CERTIFICATE OF SERVICE by WALHONDE TOOLS, INC *of Walhonde's Second Supplemental Responses to Defendant Wilson Works, Inc.'s First Set of Interrogatories.* (Waters, Robert) (Entered: 02/10/2012) |
| 04/02/2012 | 237 | MOTION in Limine *to Preclude Plaintiff Walhonde From Offering Certain Expert Opinion Damages Testimony at Trial* by FOSTER WHEELER ZACK, INC. (Attachments: # 1 Attachment Renk Declaration, # 2 Attachment Proposed Order)(Fletcher, Carl) (Entered: 04/02/2012) |

| 04/02/2012 | 238 | MOTION in Limine *to Preclude Plaintiff Walhonde From Offering Expert Opinion Testimony at Trial on the Obviousness Issue* by FOSTER WHEELER ZACK, INC. (Attachments: # 1 Attachment Renk Declaration, # 2 Attachment Proposed Order)(Fletcher, Carl) (Entered: 04/02/2012) |
|---|---|---|
| 04/02/2012 | 239 | MOTION in Limine *to Preclude Plaintiff Walhonde from Offering Certain Expert Opinion Damages Testimony at Trial* by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 04/02/2012) |
| 04/02/2012 | 240 | MOTION in Limine *to Preclude Plaintiff Walhonde from Offering Expert Opinion Testimony at Trial on the Obviousness Issue* by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 04/02/2012) |
| 04/02/2012 | 241 | MOTION in Limine *to Prevent Testimony That Conflicts With The Court's Claim Construction Order* by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 04/02/2012) |
| 04/02/2012 | 242 | MOTION in Limine *To Prevent Introduction Of Untimely Expert Testimony By Defense Expert Dr. Robert Pond* by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit 1 - Deposition Testimony of Dr. Robert B. Pond) (Waters, Robert) (Entered: 04/02/2012) |
| 04/20/2012 | 243 | STIPULATION by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 04/20/2012) |
| 04/23/2012 | 244 | Other Document *Designation of Interrogatories to be Used at Trial* filed by FOSTER WHEELER ZACK, INC. (Attachments: # 1 Exhibit A)(Fletcher, Carl) (Entered: 04/23/2012) |
| 04/23/2012 | 245 | Other Document *Designation of Depositions to be Used at Trial* filed by FOSTER WHEELER ZACK, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Fletcher, Carl) (Entered: 04/23/2012) |
| 04/23/2012 | 246 | *Proposed* Witness List by FOSTER WHEELER ZACK, INC.(Fletcher, Carl) (Entered: 04/23/2012) |
| 04/23/2012 | 247 | *Proposed* Exhibit List by FOSTER WHEELER ZACK, INC.(Fletcher, Carl) (Entered: 04/23/2012) |
| 04/23/2012 | 248 | Exhibit List by Minnotte Contracting Corporation.(D'Anniballe, Robert) (Entered: 04/23/2012) |
| 04/23/2012 | 249 | Witness List by Minnotte Contracting Corporation.(D'Anniballe, Robert) (Entered: 04/23/2012) |
| 04/23/2012 | 250 | Other Document *Designation of Interrogatories to Be Used at Trial* filed by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 04/23/2012) |
| 04/23/2012 | 251 | Other Document *Designation of Depositions to Be Used at Trial* filed by Minnotte Contracting Corporation. (D'Anniballe, Robert) (Entered: 04/23/2012) |
| 04/23/2012 | 252 | Response to 241 MOTION in Limine *to Prevent Testimony that Conflicts with the Court's Claim Construction Order* by FOSTER WHEELER ZACK, |

| | | |
|---|---|---|
| | | INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Fletcher, Carl) Modified on 5/31/2012 to change document to a response, not a pending motion. NEF regenerated (mh). (Entered: 04/23/2012) |
| 04/23/2012 | 253 | Response to 242 MOTION in Limine *to Prevent Introduction of Untimely Expert Testimony by Robert Pond* by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) Modified on 5/31/2012 to change document to a response, not a pending motion. NEF regenerated (mh). (Entered: 04/23/2012) |
| 04/23/2012 | 254 | Exhibit List by WILSON WORKS, INC..(Murphy, S.) (Entered: 04/23/2012) |
| 04/23/2012 | 255 | Witness List by WILSON WORKS, INC..(Murphy, S.) (Entered: 04/23/2012) |
| 04/23/2012 | 256 | RESPONSE to Motion re 242 MOTION in Limine *To Prevent Introduction Of Untimely Expert Testimony By Defense Expert Dr. Robert Pond* filed by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 04/23/2012) |
| 04/23/2012 | 257 | RESPONSE to Motion re 241 MOTION in Limine *to Prevent Testimony That Conflicts With The Court's Claim Construction Order* filed by FOSTER WHEELER ZACK, INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Fletcher, Carl) (Entered: 04/23/2012) |
| 04/23/2012 | 258 | *Pretrial Disclosures Relating to* Exhibit List by NAES POWER CONTRACTORS, INC..(Morris, Christopher) (Entered: 04/23/2012) |
| 04/23/2012 | 259 | *Pretrial Disclosures Relating to* Witness List by NAES POWER CONTRACTORS, INC..(Morris, Christopher) (Entered: 04/23/2012) |
| 04/23/2012 | 260 | RESPONSE in Opposition re 239 MOTION in Limine *to Preclude Plaintiff Walhonde from Offering Certain Expert Opinion Damages Testimony at Trial*, 237 MOTION in Limine *to Preclude Plaintiff Walhonde From Offering Certain Expert Opinion Damages Testimony at Trial* filed by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 04/23/2012) |
| 04/23/2012 | 261 | RESPONSE in Opposition re 238 MOTION in Limine *to Preclude Plaintiff Walhonde From Offering Expert Opinion Testimony at Trial on the Obviousness Issue*, 240 MOTION in Limine *to Preclude Plaintiff Walhonde from Offering Expert Opinion Testimony at Trial on the Obviousness Issue* filed by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit 1. Dr. Stamper's Opening Expert Report, # 2 Exhibit 2. Dr. Stamper's Rebuttal Expert Report, # 3 Exhibit 3. Dr. Pond Deposition)(Waters, Robert) (Entered: 04/23/2012) |
| 04/26/2012 | 262 | Other Document *DESIGNATION OF INTERROGATORIES WHICH MAY BE USED AT TRIAL BY PLAINTIFF WALHONDE TOOLS, INC.* filed by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 04/26/2012) |
| 04/26/2012 | 263 | *Trial* Witness List by WALHONDE TOOLS, INC..(Waters, Robert) (Entered: 04/26/2012) |
| 05/01/2012 | 264 | ORDER Rescheduling Trial Date: Jury Selection/Jury Trial reset for 7/19/2012 09:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Signed by District Judge Irene M. Keeley on 5/1/12. (mh) (Entered: 05/01/2012) |

| 05/03/2012 | 265 | *Trial* Exhibit List by WALHONDE TOOLS, INC.(Waters, Robert) (Entered: 05/03/2012) |
|---|---|---|
| 05/04/2012 | 266 | OBJECTIONS *to Plaintiff's Designation of Interrogatories Which May be Used at Trial* to 262 Other Document by NAES POWER CONTRACTORS, INC.. (Morris, Christopher) (Entered: 05/04/2012) |
| 05/07/2012 | 267 | MOTION for Dennis J. McMahon to Appear Pro Hac Vice by FOSTER WHEELER ZACK, INC. (Fletcher, Carl). Modified on 5/8/2012 to change to a motion for leave to appear. NEF regenerated (mh). (Entered: 05/07/2012) |
| 05/07/2012 | 268 | STIPULATION *of all Parties to Extend May 8, 2012, Deadlines* by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 05/07/2012) |
| 05/08/2012 | 269 | PHV Filing fee for Dennis McMahon $ 200, receipt number WVNC000300 (mh) (Entered: 05/08/2012) |
| 05/11/2012 | 270 | ORDER granting 267 Motion for Dennis J. McMahon to Appear Pro Hac Vice on behalf of Foster defendant. Signed by District Judge Irene M. Keeley on 5/11/12. (mh) (Entered: 05/11/2012) |
| 05/14/2012 | 271 | OBJECTIONS *to Defendant Minnotte Contracting Corp's Designation of Depositions to be Used at Trial* to 251 Other Document by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 05/14/2012) |
| 05/14/2012 | 272 | OBJECTIONS *to Foster Wheeler Zack's Designation of Depositions to be used at Trial* to 245 Other Document by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 05/14/2012) |
| 05/14/2012 | 273 | OBJECTIONS *to NAES Power Contractors' Designation of Depositions to be used at Trial* to 259 Witness List by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 05/14/2012) |
| 05/15/2012 | 274 | Exhibit List by NAES POWER CONTRACTORS, INC. (2 copies of exhibits in tabbed binders received. One binder provided to Chambers, One binder lodged in Clerk's office)(kd) (Entered: 05/15/2012) |
| 05/15/2012 | 275 | AMENDED Exhibit List by Minnotte Contracting Corporation. (2 copies of exhibits in tabbed binders received. One binder provided to Chambers, One binder lodged in Clerk's office)(kd) (Entered: 05/15/2012) |
| 05/15/2012 | 276 | OBJECTIONS *to Plaintiff's List of Proposed Exhibits for Trial* to 265 Exhibit List by NAES POWER CONTRACTORS, INC.. (Morris, Christopher) (Entered: 05/15/2012) |
| 05/15/2012 | 277 | OBJECTIONS *by Plaintiff Walhonde Tools to Defendant Designations of Trial Exhibits* to 258 Exhibit List, 247 Exhibit List, 248 Exhibit List by WALHONDE TOOLS, INC. (Waters, Robert) (Entered: 05/15/2012) |
| 05/15/2012 | 278 | OBJECTIONS *to Plaintiff's List of Trial Exhibits* to 265 Exhibit List by FOSTER WHEELER ZACK, INC. (Fletcher, Carl) (Entered: 05/15/2012) |
| 05/16/2012 | 279 | NOTICE of Appearance by P. Gregory Haddad on behalf of NAES POWER CONTRACTORS, INC. (Haddad, P.) (Entered: 05/16/2012) |

Appeal: 12-1487    Doc: 47    Filed: 12/26/2012     Pg: 36 of 39

| 05/16/2012 | 280 | Proposed Pretrial Order *Jointly Prepared By All Parties* by WALHONDE TOOLS, INC. (Attachments: # 1 Exhibit A - Witness List Designations, # 2 Exhibit B - Deposition Designations, # 3 Exhibit C - Exhibit List Designations)(Waters, Robert) (Entered: 05/16/2012) |
| --- | --- | --- |
| 05/31/2012 | 281 | MEMORANDUM OPINION AND ORDER. DENIES IN PART FWZ, NAES, Minnotte, and Wilson Works motions for summary judgment as to non-infringement and GRANTS IN PART their motions as to Walhondes conspiracy claim dkt. nos. 205 , 207 , 209 , 211 . GRANTS 213 Walhondes motion for summary judgment as to Minnottes counterclaims of inequitable conduct and false marking, which Minnotte concedes it cannot sustain. DENIES 215 Walhondes motion for summary judgment as to infringement. DENIES 217 Walhondes motion for summary judgment as to invalidity. Signed by District Judge Irene M. Keeley on 5/31/2012. (Copy counsel of record via CM/ECF) (jmm) (Entered: 05/31/2012) |
| 05/31/2012 | 282 | ORDER Extending Deadlines. Proposed voir dire, jury instructions, verdict forms and special interrogatories are due on 6/8/12. Signed by District Judge Irene M. Keeley on 5/31/12. (mh) (Entered: 05/31/2012) |
| 06/01/2012 | 283 | MINUTE ENTRY: <br><br> ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before District Judge Irene M. Keeley: Pretrial Conference held on 6/1/2012, Settlement Conference held on 6/1/2012. (Court Reporter L. Bachman.) (cjh) (Entered: 06/01/2012) |
| 06/04/2012 | 284 | Summary Order Following Final Pretrial Conference: The Plaintiff's tortious interference claim, pursuant to the parties' stipulation, is dismissed; the defendants' motion in limine to preclude Walhonde from offering certain expert opinion damages testimony at trial, being 237 and 239 , are denied as moot; defendants' motions in limine to preclude Walhonde from offering expert testimony at trial on obviousness issue, being 238 and 240 are held in abeyance; the plaintiff's 241 motion in limine to prevent testimony that conflicts with the Court's claim construction is granted; and the plaintiff's 242 motion in limine to prevent introduction of untimely expert testimony by defense expert, Dr. Robert Pond, as it relates to testimony about means plus function in claims 7 and 10 are denied and part, and granted in part as it relates to testimony about the machining of a threaded bore. It is further ordered that the parties supplemental experts reports are due by 7/11/12. Signed by District Judge Irene M. Keeley on 6/4/12. (mh) (Entered: 06/04/2012) |
| 06/08/2012 | 285 | ORDER Directing Counsel to Submit Dismissal Order. The Court directs counsel for the plaintiff to forward an appropriate dismissal order, with copies to all counsel of record in this civil action, within thirty (30) days following the entry of this Order. Counsel may file objections, if any, within ten (10) days from the receipt of the proposed dismissal order. The Court suspends the date for filing supplemental expert reports contained in the Summary Order Following Final Pretrial Conference and CANCELS the jury selection and |

|  |  | trial concurrently set for July 19, 2012. Signed by District Judge Irene M. Keeley on 6/8/12. (mh) (Entered: 06/08/2012) |
|---|---|---|
| 08/01/2012 | 286 | ORDER of Dismissal of all Claims and Counterclaims of All Parties. Signed by District Judge Irene M. Keeley on 8/1/12. (mh) (Entered: 08/01/2012) |

<table>
<tr><td colspan="4" align="center"><b>PACER Service Center</b></td></tr>
<tr><td colspan="4" align="center"><b>Transaction Receipt</b></td></tr>
<tr><td colspan="4" align="center">12/21/2012 09:10:11</td></tr>
<tr><td><b>PACER Login:</b></td><td>mb0093</td><td><b>Client Code:</b></td><td>03704-00235</td></tr>
<tr><td><b>Description:</b></td><td>Docket Report</td><td><b>Search Criteria:</b></td><td>1:09-cv-00048-IMK-JSK</td></tr>
<tr><td><b>Billable Pages:</b></td><td>23</td><td><b>Cost:</b></td><td>2.30</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WALHONDE TOOLS, INC.,

        Plaintiff,

v.                 //   CIVIL ACTION NO. 1:09CV48
                       (Judge Keeley)

WILSON WORKS, INC.,

NORTHCO CORP.,

NAES POWER
CONTRACTORS, INC.,

MINNOTTE CONTRACTING
CORPORATION, and

FOSTER WHEELER ZACK, INC.,

        Defendants,

## ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER

Having been advised that the parties have fully resolved this dispute, the Court directs counsel for the plaintiff to forward an appropriate dismissal order, with copies to all counsel of record in this civil action, within thirty (30) days following the entry of this Order.  Counsel may file objections, if any, within ten (10) days from the receipt of the proposed dismissal order. Absent timely objections, the Court will enter an order dismissing this civil action with prejudice and removing it from the active docket of the Court.

EXHIBIT

B

**WALHONDE TOOLS V. WILSON WORKS**                    **1:09CV48**

## ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER

The Court suspends the date for filing supplemental expert reports contained in the "Summary Order Following Final Pretrial Conference" (dkt no. 284) and **CANCELS** the jury selection and trial concurrently set for July 19, 2012.

The Court **DIRECTS** the Clerk to transmit copies of this order to counsel of record.

DATED: June 8, 2012.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

2